**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | **MOTION** |
| STEVEN ALBERT SEAGLE, JR. | ) | **CHAPTER 13** |
| KRISTY HUGHES SEAGLE | ) | |
| | ) | No: B-23-50315 C-13W |
| | ) | |
| Debtors | ) | |

Brandi L. Richardson, Trustee, respectfully moves the Court for a hearing on the following:

Plan payments in this Chapter 13 case are in default. Because of this default and pursuant to 11 U.S.C.§1307(c), the Trustee recommends that this case be dismissed prior to confirmation. The Trustee further recommends that the Trustee be authorized to retain from any funds on hand in the case noticing costs plus $125.00 to credit toward expenses.

Date: January 24, 2024                                        s/ Brandi L. Richardson
BLR/GF/zrh                                                         Trustee

-------------------------------------------------------------------------------------------------------------------------------
**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court on <u>February 28, 2024</u>, at 10:30 a.m. in the Courtroom at 601 West 4th Street, Suite 100, Winston-Salem, North Carolina; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: January 24, 2024                                        OFFICE OF THE CLERK
                                                                          U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
23-50315 C-13W

STEVEN ALBERT SEAGLE, JR.
KRISTY HUGHES SEAGLE
770 PEACHTREE MEADOWS CIRCLE
KERNERSVILLE, NC 27284

ERICA C NESMITH
LAW OFFICES OF JOHN T ORCUTT PC
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

EDWARD C BOLTZ
LAW OFFICES OF JOHN T ORCUTT PC
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

BEN LOVELL
1738 HILLANDALE ROAD, SUITE D
DURHAM, NC  27705

AIS PORTFOLIO SERVICES LLC
ATTN CAPITAL ONE AUTO FINANCE
A DIVISION OF CAPITAL ONE NA DEPT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK 73118

BRANDI L. RICHARDSON
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102 2115